UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

CHERI SAMWORTH,
on behalf of a natural minor child

          Plaintiff,

-vs-

COCHLEAR AMERICAS
CORPORATION, et. al.,

          Defendant.

Case No. 3:17-cv-076

Judge Walter H. Rice

## ORDER

**Service within 90 days of filing:** This action was filed February 27, 2017 as of the date of this Order, Plaintiff has filed neither a waiver of service nor proof of service on Defendant, Cochlear Limited.

Plaintiff is reminded that Fed. R. Civ. P. 4(m) requires the Court to dismiss an action in which service is not made within 90 days of filing the Complaint. Plaintiff's time for filing proof of service or waiver expires May 28, 2017. Unless proof of service is filed by that date, the Court will dismiss the Defendant from this action for lack of service of process.

**DONE** and **ORDERED** in Dayton, Ohio, this 7th day of April, 2017.

                                                WALTER H. RICE, JUDGE
                                                UNITED STATES DISTRICT COURT