IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
DAYTON DIVISION

| | |
|---|---|
| CHERI SAMWORTH, on behalf of natural minor child HUNTER MATTHEW SAMWORTH, | CASE NO. 3:17-cv-00076-WHR |
| Plaintiff, | JUDGE WALTER H. RICE |
| v. | |
| COCHLEAR LIMITED, an Australian Public company and COCHLEAR AMERICAS CORPORATION, a Delaware corporation, | |
| Defendants. | |

## AGREED ORDER

This matter is before the Court on a Joint Motion to Stay the proceedings in this matter pending a mediation, which is currently scheduled for July 26-27, 2017. Said Motion is hereby GRANTED. The parties are ordered to submit a status report to the Court no later than August 10, 2017. The stay may be automatically lifted by any party without further order by the Court upon filing of a written notice with the Court informing the Court and all other parties that mediation has been unsuccessful. In the event that the stay is lifted by one of the parties, Cochlear Limited's and Cochlear Americas Corporation's responses to the Complaint will be due thirty (30) days following their receipt of the written notice.

ENTERED this the 23rd day of May, 2017.

_____
UNITED STATES DISTRICT JUDGE

3179397.1

4

AGREED:

Penny Unkraut Hendy
Ronald Edward Johnson, Jr.
SCHACHTER HENDY & JOHNSON, P.S.C.
909 Wright's Summit Parkway
Suite 210
Fort Wright, KY 41011
Telephone: 859.578.4444
Facsimile: 859.578.4440
E-mail: phendy@pschachter.com
rjohnson@pschachter.com

*Attorneys for Plaintiff, Cheri Samworth, on behalf of natural minor child Hunter Matthew Samworth*


/s/ Clifford S. Mendelsohn
Clifford S. Mendelsohn (0074265)
TUCKER ELLIS LLP
950 Main Avenue
Suite 1100
Cleveland, OH 44113-7213
Telephone: 216.592.5000
Facsimile: 216.592.5009
E-mail:clifford.mendelsohn@tuckerellis.com

*Attorney for Defendants, Cochlear Limited and Cochlear Americas Corporation*